| | |
|---|---|
| 1 | **SO. CAL. EQUAL ACCESS GROUP** |
| 2 | Jason J. Kim (SBN 190246) |
| 3 | Jason Yoon (SBN 306137) |
|   | 101 S. Western Ave., Second Floor |
| 4 | Los Angeles, CA 90004 |
|   | Telephone: (213) 205-6560 |
| 5 | cm@SoCalEAG.com |

Attorneys for Plaintiff
JULIO CRUZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CRUZ, | Case No.: 8:25-cv-00121-HDV (JDEx) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| CANFIELD H.B. PROPERTIES LLC; and DOES 1 to 10, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff JULIO CRUZ ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment.  Accordingly, this matter may be dismissed without an Order of the
3  Court.

5  DATED:  April 11, 2025          **SO. CAL. EQUAL ACCESS GROUP**

8                    By:   */s/   Jason J. Kim*
                          Jason J. Kim, Esq.
9                         Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**